21015. AMERICAN SURETY COMPANY OF NEW YORK *v.* CITIZENS BANK OF COLQUITT.

STEPHENS, J. Since the judgment of this court reversing the trial court has, on certiorari, been reversed by the Supreme Court, and since the law of the case announced in the opinion of the Supreme Court in *Citizens Bank of Colquitt* v. *American Surety Co.*, 174 *Ga.* 852, supersedes that announced in the opinion of this court in *American Surety Co.* v. *Citizens Bank of Colquitt*, 44 *Ga. App.* 57 (160 S. E. 546), and demands an affirmance of the judgment of the trial court, the judgment of reversal heretofore rendered by this court is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Jenkins, P. J., and Sutton, J., concur.*

DECIDED JULY 8, 1932.

*Martin, Martin, Snow & Gillen,* for plaintiff in error.
*N. L. Stapleton, H. A. Wilkinson,* contra.